IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

TABITHA CAMPOS, as Parent and Next of Kin of
A.C., a minor, deceased, and TABITHA
CAMPOS, Individually,

    Plaintiffs,

v.                                                    Case No.: 1:19-cv-01190-JDB-jay
                                                     (Lead Case)

THE UNITED STATES OF AMERICA,
WILLIAM J. MILAM, Administrator *Ad
Litem* of the Estate of Chasity Renee Walker,
deceased, and JESSICA WALKER,

    Defendants.

---

KAREY G. ARNOLD and ALLEN
D. WALKER, as Parents and Next
of Kin of Chasity R. Walker, deceased,

    Plaintiffs,

v.                                                   Case No.: 1:19-cv-01254-JDB-jay
                                                     (Member Case)

THE UNITED STATES OF AMERICA,

    Defendant.

---

ORDER OF REFERENCE

---

Before the Court is the motion of the Plaintiff to exclude expert testimony. (Docket Entry ("D.E.") 73.[1]) The motion is REFERRED to the United States magistrate judge for determination.

---

[1] This docket entry number is that assigned to the referred motion in the lead case, No. 1:19-cv-01190-JDB-jay. Pursuant to the consolidation order, counsel "shall file all documents in the lead case *and spread the docket filing to the member case.*" (D.E. 21 at PageID 86 (emphasis added).) The referred motion, while filed in the lead case, was not spread to the member case. Counsel is reminded that future filings must be made in accordance with the consolidation order.

Any objections to the magistrate judge's order shall be made within fourteen days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.  *See* Fed. R. Civ. P. 72.

    IT IS SO ORDERED this 5th day of April 2021.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE